IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:08cv116-WHA |
| ) | |
| W. R. COLLINS, ) | (WO) |
| ) | |
| Respondent. ) | |

### **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #2), and Petitioner's Written Objections (Doc. #3).

Upon an independent and *de novo* review of this case, the court finds the objections to be without merit, and they are hereby overruled.  The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for habeas corpus relief is DENIED, and this cause is DISMISSED in accordance with 28 U.S.C. § 2244(e)(3)(A), for failure to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

DONE this 28th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE